FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 7 2025

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:25CR 00194 BSM |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| MARLON MARBLEY, SR. and | ) | |
| LAURA YOCUM | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From on or about June 1, 2025, through on or about September 25, 2025, in the Eastern District of Arkansas and elsewhere, the defendants,

MARLON MARBLEY, SR. and
LAURA YOCUM,

voluntarily and intentionally conspired with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about August 28, 2025, in the Eastern District of Arkansas, the defendants,

MARLON MARBLEY, SR. and
LAURA YOCUM,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about September 25, 2025, in the Eastern District of Arkansas, the defendants,

MARLON MARBLEY, SR. and
LAURA YOCUM,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1, 2, or 3 of this Indictment, the defendants, MARLON MARBLEY, SR. and LAURA YOCUM, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1, 2, or 3 of this Indictment, the defendants, MARLON MARBLEY, SR. and LAURA YOCUM, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including, but not limited to, the following specific property: a white 2023 Dodge Durango SRT bearing paper license plate number 184905U.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, or 3 of this Indictment, the defendants, MARLON MARBLEY, SR. and LAURA YOCUM, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[End of text. Signature page to follow.]

U.S. v. Marbley et al. Page **2** of **3**

☐    NO TRUE BILL.                    ☑    TRUE BILL.

## REDACTED SIGNATURE



FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

By: ASHLEY BOWEN
Assistant United States Attorney
Bar No. AR 2009253
425 W. Capitol Ave., Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
Ashley.Bowen@usdoj.gov

U.S. v. Marbley et al. Page **3** of **3**